IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. G-95-10  (04) |
| | § CIVIL ACTION NO. G-05-319 |
| CLIFFORD ALEXANDER LEWIS | § |

## FINAL JUDGMENT

Pursuant to this Court's Opinion and Order of even date herewith, the Motion (Instrument no. 502) of Clifford Alexander Lewis, brought pursuant to 28 U.S.C. § 2255, is **DISMISSED as time-barred**.

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this  17th  day of June, 2005.

_____
Samuel B. Kent
United States District Judge